IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MIRUS BIO, LLC,

    Plaintiff,

v.

FUGENT, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-630-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the motion for preliminary injunction filed by plaintiff Mirus Bio, LLC.


_____       _____10/24/11_____
Peter Oppeneer, Clerk of Court                                             Date